HENRY B. MERRITT, as Administrator of the Estate of RUTH M. REICHAL, Deceased, Respondent, *v.* JAMES H. LEDDY, JR., Appellant.

(Argued December 12, 1933; decided January 9, 1934.)

*Daniel Mungall* for appellant.

*Humphrey J. Lynch, Monroe J. Cahn* and *Joseph Merritt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.